# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 24-122-BLG-SPW** |
| **Plaintiff,** | **ORDER GRANTING UNOPPOSED MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE AND RESERVING JURISDICTION** |
| **vs.** | |
| **CEDRIC ONTRAY NEAL,** | |
| **Defendant.** | |

Upon the United States' Unopposed Motion to Dismiss Indictment Without Prejudice and Reserving Jurisdiction (Doc. 67), and for good cause appearing,

**IT IS HEREBY ORDERED** that the United States' Motion (Doc. 67) is **GRANTED.** The indictment in this matter is **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that the trial presently set for May 11, 2026 at 9:00 a.m. is **VACATED.**

**IT IS FURTHER ORDERED** that this Court reserves jurisdiction to rule on a motion regarding the expungement of the FBI fingerprint record.

1

The Clerk of Court is directed to notify the parties of the making of this

Order.

DATED this __4th__ day of May, 2026.

SUSAN P. WATTERS
United States District Judge

2